## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**FINEMAN KREKSTEIN & HARRIS, P.C.**
*A Pennsylvania Professional Corporation*
BY     RICHARD J. PERR, ESQUIRE
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103-1628
(v) 215-893-9300; (f) 215-893-8719
e-mail: rperr@finemanlawfirm.com;
**Attorneys for Defendant**

| | | |
|---|---|---|
| DAVID MCMILLIN, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. |
| | : | |
| THE TRAF GROUP, INC. D/B/A CREDIT | : | |
| AMERICA; and JOHN DOES 1-10 | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

Defendant THE TRAF GROUP, INC. D/B/A CREDIT AMERICA ("TRAF" or

"Defendant"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28

U.S.C. § 1441(a):

1.     TRAF is a defendant in an action pending in the Superior Court of New Jersey,

Law Division, Mercer County, Docket No. MER-L-000092-18 ("the State Court Action").  A

true and correct copy of the Complaint in the State Court Action is attached hereto as Exhibit

"A".

2.     Plaintiff in the State Court Action is DAVID MCMILLIN ("Plaintiff").  See

Exhibit "A".

3.     Plaintiff's State Court Action alleges violations of the Fair Debt Collection

Practices Act, 15 U.S.C. § 1692 et seq.

4.    The State Court Action involves a question of federal law.  Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5.    Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6.    Since this case arises out of an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., Defendant may properly remove the State Court Action to this Court based on 28 U.S.C. § 1441(a).

7.    This Notice has been filed with the Court within thirty (30) days after purported service of the Complaint on Defendant.

WHEREFORE, Defendant TRAF prays that the State Court Action be removed from the Superior Court of New Jersey, Law Division, Mercer County, Docket No. MER-L-000092-18, to this Court for proper and just determination.

FINEMAN KREKSTEIN & HARRIS, P.C.


By:    _____/S/ Richard J. Perr_____
RICHARD J. PERR, ESQUIRE
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103
(v) 215-893-9300; (f) 215-893-8719
e-mail: rperr@finemanlawfirm.com
Attorneys for Defendant

Dated: February 7, 2018

# CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on this date I served a true and correct copy of the foregoing electronically, or by first class mail, postage prepaid, or telecopy on the following:

> Bharati Sharma Patel, Esquire
> The Wolf Law Firm, LLC
> 1520 U.S. Highway 130 – Suite 101
> North Brunswick, NJ  08902
> 732-545-7900
>      Attorney for Plaintiff

                                          /S/ Richard J. Perr
                                          RICHARD J. PERR, ESQUIRE

Dated:  February 7, 2018